UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                               Case No. 21-CR-2

CORY J. ULRICH,

    Defendant.

## ORDER GRANTING MOTION FOR TRAVEL

Defendant Cory J. Ulrich has filed a motion requesting leave February 6, 2022 to travel to Gainesville, Georgia for the purpose of visiting an aunt who has been a source of support for him. He will return on February 10, 2022. The motion is granted.

Defendant is instructed to consult with pre-trial services and provide all contact information, telephone numbers, and flight information and shall continue to comply with all condition of his pretrial release. All other conditions of his release will remain in effect.

**SO ORDERED** at Green Bay, Wisconsin this 25th day of January, 2022.

                                          s/ William C. Griesbach
                                          William C. Griesbach
                                          United States District Judge